Ricardo **MURRIETA–ESPINO,** Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 04–74449.**

United States Court of Appeals, Ninth Circuit.

* This disposition is not appropriate for publication and is not precedent except as provided

Submitted Feb. 15, 2011.*

Filed Feb. 28, 2011.

Carl Shusterman, Esq., The Law Offices of Carl Shusterman, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Ricardo Murrieta–Espino, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order sustaining the government's appeal from an immigration judge's decision. We have jurisdiction under 8 U.S.C. § 1252, and we grant the petition for review and remand for further proceedings.

The agency determined that Murrieta–Espino was removable under the aggravated felony ground of deportation, 8 U.S.C. § 1227(a)(2)(A)(iii), based on his 1986 conviction for violating California Penal Code § 288(a). Subsequent to the agency's decision in this case, we held in *Ledezma–Galicia v. Holder,* 636 F.3d 1059 (9th Cir. 2010), that 8 U.S.C. § 1227(a)(2)(A)(iii)

does not apply to convictions that occurred prior to November 18, 1988. We therefore grant the petition for review and remand to the agency in light of *Ledezma–Galicia.*

In light of our disposition, we do not reach Murrieta–Espino's remaining contentions.

**PETITION FOR REVIEW GRANTED, REMANDED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

